UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      Case No. 13-51000

       Plaintiff,      SENIOR U.S. DISTRICT JUDGE
v.      ARTHUR J. TARNOW

BOBBY JOE CHRISTIAN,      MAGISTRATE JUDGE MONA K. MAJZOUB

       Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [28] AND GRANTING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY EXECUTED AND LEVIED UPON [22]

On November 15, 2013, Magistrate Judge Majzoub issued a Report and Recommendation [28] that Plaintiff United States of America's Motion for Order Authorizing Sale of Personal Property Executed and Levied Upon [22] be **GRANTED**.

No objection to the Report and Recommendation was filed. The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Order Authorizing Sale of Personal Property Executed and Levied Upon [22] is **GRANTED**.

This Order resolves all matters in this case. Accordingly, this case is **CLOSED**.

**SO ORDERED**.

                                                       s/Arthur J. Tarnow
                                                       ARTHUR J. TARNOW
                                                       SENIOR U.S. DISTRICT JUDGE

Dated: January 14, 2014